UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

            Plaintiff,

v.                                        Case No. 2:18-cr-25
                                             HON. ROBERT J. JONKER

MICHAEL JOSEPH ABBOTT,

            Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on July 10, 2018, for an initial appearance and arraignment on the Indictment charging defendant with Possession with Intent to Distribut methamphetamine and Distribution of Methamphetamine.

The government requested the defendant be detained pending further proceedings. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

      IT IS SO ORDERED.

                                                  /s/ Timothy P. Greeley
                                                  TIMOTHY P. GREELEY
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: July 11, 2018